IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P. and GALDERMA S.A., <br><br> Plaintiffs, <br><br> v. <br><br> MEDINTER US LLC, <br> MEDINTER LTD., <br> ANTECO PHARMA LLC, <br> ATTWILL MEDICAL SOLUTIONS, INC., <br> ATTWILL VASCULAR TECHNOLOGIES LP, <br> DERMAVANCE PHARMACEUTICALS, INC., <br> and MEDGRAFT MICROTECH, INC. <br><br> Defendants. | 18-cv-1892-CFC-CJB |

## DEFENDANTS' MOTION FOR A LIMITED STAY

Defendants Medinter US LLC, Medinter Ltd. (collectively, "Medinter"), Medgraft Microtech, Inc. ("Medgraft"), Attwill Medical Solutions, Attwill Vascular Technologies LP (collectively, "Attwill"), and DermAvance Pharmaceuticals, Inc. ("DermAvance", and collectively with all defendants, "Defendants") respectfully move for an order staying Defendants' deadline to serve their respective invalidity contentions and their obligations to further respond to Plaintiffs Galderma Laboratories, L.P. and Galderma S.A.'s ("Plaintiffs") discovery requests until thirty (30) days following the date that the court rules on both Medinter's and Medgraft's Motion to Dismiss (D.I. 47) and DermAvance's Motion to Dismiss (D.I. 40). The grounds for Defendants' motion to stay are further set forth in their opening letter brief in support hereof, which has been filed concurrently herewith.

A proposed form of order is attached.


Dated: February 4, 2020

| | |
|---|---|
| Of Counsel<br><br>WILSON SONSINI GOODRICH & ROSATI, P.C.<br>Nicole W. Stafford<br>Aden M. Allen<br>Diyang Liu<br>Matthew Blair<br>900 S. Capital of Texas Hwy<br>Las Cimas IV, Fifth Floor<br>Austin, TX 78746<br>Telephone: (512) 338-5400 | WILSON SONSINI GOODRICH & ROSATI, P.C.<br><br>*/s/ Ian R. Liston*<br>Ian R. Liston (#5507)<br>Johanna Peuscher-Funk (#6451)<br>222 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>(302) 304-7600<br>iliston@wsgr.com<br>jpeuscherfunk@wsgr.com<br><br>*Attorneys for Defendants Medinter US LLC, Medinter Ltd., and Medgraft Microtech Inc.* |
| ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>Steven Lieberman<br>Rachel M. Echols<br>Daniel R. McCallum<br>Nicole M. DeAbrantes<br>607 14th Street, N. W.<br>Suite 800<br>Washington, DC 20005<br>(202) 783-6040 | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Melanie K. Sharp*<br>Melanie K. Sharp (No. 2501)<br>James L. Higgins (No. 5021)<br>Steven W. Lee (No. 6676)<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6600<br>msharp@ycst.com<br>jhiggins@ycst.com<br>slee@ycst.com<br><br>*Attorneys for Defendant DermAvance Pharmaceuticals, Inc.* |
| BOARDMAN & CLARK LLP<br>Richard L. Bolton<br>1 S. Pinckney St., Ste. 410<br>Madison, WI 53701-0927<br>(608) 257-9521 | BAYARD, P.A.<br><br>*/s/ Stephen B. Brauerman*<br>Stephen B. Brauerman (#4952)<br>600 North King Street, Suite 400<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br><br>*Attorneys for Defendants Attwill Medical Solutions, Inc. and Attwill Vascular Technologies LP* |