# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GALDERMA LABORATORIES, L.P. and GALDERMA S.A.,<br><br>   Plaintiffs,<br><br>   v.<br><br>MEDINTER US LLC, MEDINTER LTD. (UK), MEDINTER, LTD. (BVI), and MEDGRAFT MICROTECH, INC.<br><br>   Defendants. | Civ. No. 1:18-cv-01892-CFC |

## NOTICE OF SERVICE

Please take notice that on the 22nd day of November, 2022, copies of the Rebuttal Expert Report of Stephen Spiegelberg, Ph.D., the Rebuttal Report of Dr. Sarah Heilshorn, Ph.D. and the Rebuttal Expert Report of Meghan Muscato were served upon counsel as indicted below:

VIA ELECTRONIC MAIL
Joseph A. Mahoney
Ryan Regan
MAYER BROWN LLP
214 North Tryon Street, Suite 3800
Charlotte, NC 28202
jamahoney@mayerbrown.com
rregan@mayerbrown.com

*Attorney for Plaintiffs Galderma Laboratories L.P. and Galderma S.A.*

VIA ELECTRONIC MAIL
Jack B. Blumenfeld
Michael J. Flynn
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
mflynn@mnat.com

*Attorneys for Plaintiffs Galderma Laboratories L.P. and Galderma S.A.*

<u>VIA ELECTRONIC MAIL</u>
B. Clayton McCraw
MAYER BROWN LLP
1221 Avenue of the Americas
New York, NY 10020
cmccraw@mayerbrown.com
echoi@mayerbrown.com

*Attorneys for Plaintiffs Galderma Laboratories L.P. and Galderma S.A*

OF COUNSEL:

Nicole W. Stafford (*Pro Hac Vice*)
Aden M. Allen (*Pro Hac Vice*)
Dennis Gregory (*Pro Hac Vice*)
WILSON SONSINI GOODRICH
  & ROSATI, P.C.
900 S. Capital of Texas Hwy
Las Cimas IV, Fifth Floor
Austin, TX 78746
Tel: (512) 338-5400
nstafford@wsgr.com
aallen@wsgr.com
dgregory@wsgr.com

David S. Steuer
WILSON SONSINI GOODRICH
  & ROSATI, P.C.
650 Page Mill Road
Palo Alto, CA 94304
dsteuer@wsgr.com

*Attorneys for Defendants Medinter US LLC, Medinter Ltd., and Medgraft Microtech, Inc.*

Dated: November 23, 2022

<u>VIA ELECTRONIC MAIL</u>
Erick J. Palmer
MAYER BROWN LLP
71 South Wacker Dr.
Chicago, IL 60606
ejpalmer@mayerbrown.com

*Attorneys for Plaintiffs Galderma Laboratories L.P. and Galderma S.A*

WILSON SONSINI GOODRICH
  & ROSATI, P.C.

*/s/ Ian R. Liston*
Ian R. Liston (Bar No. 5507)
Jennifer A. Ward (Bar No. 6476)
222 Delaware Avenue, Suite 800
Wilmington, DE 19801
Tel: (302) 304-7600
iliston@wsgr.com
jward@wsgr.com

*Attorneys for Defendants Medinter US LLC, Medinter Ltd. (UK), Medinter, Ltd. (BVI), and Medgraft Microtech, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the November 23, 2022, I caused the foregoing document to be served, by CM/ECF, upon all counsel of record.

                                                */s/ Ian R. Liston*
                                                Ian R. Liston (DE Bar No. 5507)